THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD SHARON, Appellant. — Judgment unanimously affirmed. Memorandum: Defendant's assertion that his conviction of criminal use of a firearm is duplicative of the conviction of first degree robbery has not been preserved for appeal (see *People v Bones,* 103 AD2d 1012). We have considered defendant's other arguments and find them to be without merit. (Appeal from judgment of Supreme Court, Erie County, Marshall, J. — robbery, first degree, and other charges.) Present — Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD E. SHARON, Appellant. — Judgment unanimously modified and as modified, affirmed in accordance with the following memorandum: The People on appeal concede that, at the time the instant crime was committed, defendant had not yet been sentenced on his predicate felony. Therefore, on the instant conviction he may not be sentenced as a second felony offender (Penal Law, § 70.06, subd 1, par [b], cl [ii]).

Accordingly, defendant's adjudication as a predicate felony offender is vacated and the provision for a minimum term of two

years is reduced to one and one-third years. (Appeal from judgment of Supreme Court, Erie County, Marshall, J. — criminal possession of stolen property, second degree.) Present — Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.